THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
EDWARD J. RICE, Appellant.

(Argued June 23, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made February 2, 1891, which reversed a judgment entered
upon an order of the Oyer and Terminer of the county of
Monroe sustaining a demurrer to the indictment therein.

*John Van Voorhis* for appellant.

*George A. Benton* for respondent.

Agree to affirm on opinion below.
All concur, except RUGER, Ch. J., not voting.
Judgment affirmed.

———————

WILLIAM D. BURRILL, Appellant, *v.* M. SOPHIA BECKER, as
Administratrix, etc., Respondent.

(Submitted June 24, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made February 3, 1891, which affirmed a judgment in favor of
defendant entered upon the report of a referee.

*Waters & McLennan* for appellant.

*S. J. Barrows* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.